IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SYLVESTER LEWIS BROWN,**
 Plaintiff,

vs.             3:09cv88/WS/MD

**B. A. KENT, et al.,**
 Defendants.

## O R D E R

This cause is before the court upon defendant Scarbrough's motion to dismiss (doc. 34). Before the court rules on this matter, the plaintiff shall have an opportunity to respond.

Accordingly, it is ORDERED:

Plaintiff shall have twenty-eight (28) days from the date this order is entered on the docket in which to respond to the motion filed by defendants.

DONE AND ORDERED this 19th day of February, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE