IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYLVESTER LEWIS BROWN,

        Plaintiff,

v.                               3:09cv88-WS

B.A. KENT, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 14, 2010. See Doc. 43. The magistrate judge recommends that the defendants' motions to dismiss (docs. 34 & 41) be denied. The defendants have filed objections (doc. 45) to the magistrate judge's report and recommendation.

The defendants seek dismissal, with prejudice, of the plaintiff's second amended complaint based upon the plaintiff's having abused the judicial process by not providing the court with complete responses regarding his previous lawsuits. As pointed out by the defendants, the plaintiff disclosed only nine of thirteen prior lawsuits. While noting that some sanction may be appropriate for the plaintiff's failure to provide full and complete information about his prior litigation, the magistrate judge has recommended that the defendants' request for dismissal with prejudice be denied. The court agrees with that recommendation.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 43) is ADOPTED and incorporated by reference into this order.

2. The defendants' motions for dismissal with prejudice (docs. 34 & 41) are DENIED.

3. The case shall be returned to the magistrate judge for further proceedings. On remand, the magistrate judge may, if he deems it appropriate, consider whether a lesser sanction (as suggested by the defendants in their objections to the report and recommendation) should be imposed.

4. The plaintiff shall have until June 18, 2010, to submit a copy of his inmate trust account from November 2009 through the present.

DONE AND ORDERED this ___2nd___ day of ___June___, 2010.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE