IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYLVESTER LEWIS BROWN,

    Plaintiff,

v.        3:09cv88-WS

B.A. KENT, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 25, 2011. See Doc. 80. The magistrate judge recommends that the plaintiff's motion for summary judgment be denied and that the defendants' motion for summary judgment be granted in part and denied in part. The plaintiff has filed objections (doc. 82) to the magistrate judge's report and recommendation. The defendants have not filed objections to the report and recommendation.

The court has reviewed the record in light of the plaintiff's objections and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 82) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion for summary judgment (doc. 61) is DENIED.

3.  The defendants' motion for summary judgment (doc. 68) is GRANTED as to (1) the plaintiff's First Amendment retaliation claim against B.A. Kent for the handling of the plaintiff's legal property; and (2) the plaintiff's First Amendment retaliation claim against G.A. Scarbrough for the November 30, 2008, disciplinary report.  The defendants' motion for summary judgment (doc. 68) against B.A. Kent is DENIED as to the plaintiff's First Amendment retaliation claim arising from Kent's alleged threatening statement(s) and gesture(s).

4.  The case shall be remanded to the magistrate judge for further proceedings as to the plaintiff's First Amendment retaliation claim against B.A. Kent arising from Kent's alleged threats.

DONE AND ORDERED this    27th    day of    September   , 2011.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE